IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAYWOOD M. CLAYTON )
and SYLVIA CLAYTON, )
 )
       Plaintiffs, )
 )
v. ) 1:02CV00415
 )
AMERIQUEST MORTGAGE COMPANY; )
LAWRENCE S. MAITIN; and MORRIS, )
SCHNEIDER & PRIOR, LLC, )
 )
       Defendants. )
 )

ORDER

This case arises between Plaintiffs Haywood and Sylvia Clayton ("the Claytons") and Defendant Ameriquest Mortgage Company[1] ("Ameriquest"). For the reasons set forth in a contemporaneously filed Memorandum Opinion, it is ordered that:

1. Plaintiffs' Motion for a Change of Venue [Doc. #176] is DENIED.

2. Plaintiffs' Motion to Vacate Orders [Doc. #183] ("Motion to Vacate") is DENIED.

3. Plaintiffs' Motion for Relief from Order of This Court [Doc. #187] ("Motion for Relief") is DENIED.

4. Plaintiffs' Motion for Stay on Motion for New Judgment [Doc. #189] ("Motion for Stay") is rendered MOOT.

---

[1] Ameriquest Mortgage Company ("Ameriquest") is the only remaining defendant.

5. A hearing to address defendant's motion to show cause why plaintiffs should not be held in civil contempt [doc. #171] ("motion to show cause") and defendant's motion for a pre-filing injunction against plaintiffs [doc. #174] has been noticed.

This the day of August 24, 2005

                                                     /s/ N. Carlton Tilley, Jr.
                                                     United States District Judge